606

423 A.2d 1316

Commonwealth v. Walker, Appellant.

Submitted August 28, 1979. Paul R. Gettleman, for appellant; Robert Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Affirmed.

423 A.2d 1316

Commonwealth v. Warner, Appellant.

Submitted March 12, 1979. H. Stanley Rebert, Public Defender, for appellant; John A. F. Hall, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Affirmed.

* Justice Rolf Larsen of the Supreme Court of Pennsylvania, and Judge John E. Lavelle of the Court of Common Pleas of Schuylkill County, Pennsylvania, are sitting by designation.